**UNITED STATES of America, Plaintiff—Appellee,**

**v.**

**John William CLEMENTS, a/k/a Bam, a/k/a Greg Dion, a/k/a John Harmon, Defendant—Appellant.**

No. 08–8339.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 23, 2009.

John William Clements, Appellant Pro Se. John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John William Clements appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Clements,* No. 2:99–cr–00198–4 (S.D.W.Va. Oct. 20, 2008); *see also United States v. Dunphy,* 551 F.3d 247, 252–56 (4th Cir.2009), *petition for cert. filed,* Mar. 20, 2009 (No. 08–1185). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*